

# Missouri Court of Appeals
## Southern District

**APRIL 23, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD33296

     Re:    CRAIG S. STEVENS,
            Movant-Appellant,
            v.
            STATE OF MISSOURI,
            Respondent-Respondent.